Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District Of Kansas
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   MFL Inc

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Memory Foam Liquidators Inc; AAA Custom Services

3. **Debtor's federal Employer Identification Number** (EIN)

   ██████ _3_ _5_ _8_ _6_

4. **Debtor's address**

   **Principal place of business**

   7215 SW Topeka Blvd Bldg A
   Number    Street

   Topeka          KS  66619
   City            State  ZIP Code

   SHAWNEE
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   19161
   P.O. Box

   Topeka          KS  66619
   City            State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State  ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  _3_ _2_ _6_ _1_

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No |
|---|---|---|

☐ Yes. District _____ When _____ Case number _____
                                               MM / DD / YYYY

        District _____ When _____ Case number _____
                                               MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No |
|---|---|---|

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                       MM  /  DD  / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                           State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone           _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000          ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | MFL Inc | Case number *(if known)* | |
|--------|---------|--------------------------|--|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/12/2018
             MM / DD / YYYY

✖ s/ Christopher D. Farmer                     Chr stopher D. Farmer
Signature of authorized representa ive of debtor    Printed name

Title Pres dent

**18. Signature of attorney**

✖ s/ Justice B King                    Date  07/12/2018
Signature of attorney for debtor            MM   / DD / YYYY

KS

Just ce B K ng
Printed name

F sher, Patterson, Say er & Sm th, LLP
Firm name

3550 SW 5th Street
Number     Street

Topeka                          KS        66606
City                            State     ZIP Code

(785) 232-7761                  jk ng@f sherpatterson.com
Contact phone                   Email address

09009                           KS
Bar number                      State

---

Fill in this information to identify the case:

Debtor name: **MFL Inc**

United States Bankruptcy Court for the: **District of Kansas**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 132.37

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 **Azura Credit Union** | **Savings Account** | 0 7 0 1 | $**5.00** |
| 3.2 **Azura Credit Union** | | 9 8 0 6 | $182.91 |

   **See Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts**

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 31,316.23

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____ $_____
   7.2. _____ $_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____ $_____

   8.2._____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  $ 44,460.40 — $0.00 = → $ 44,460.40
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:  $0.00 — $0.00 = → $0.00
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 44,460.40

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $_____
    14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:            % of ownership:

    15.1._____ _____% _____ $_____
    15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____ _____ $_____
    16.2._____ _____ $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83. $_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $**726,547.73** | _____ | $**726,547.73** |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$**726,547.73**

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                    $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $**510.00** |
| 40. **Office fixtures** | $_____ | _____ | $**93.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, communication equipment and software** | $_____ | _____ | $**3,504.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                    $**4,107.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 4

| Debtor | MFL Inc | Case number (if known) |
|--------|---------|------------------------|
| | Name | |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **1999 Chevrolet 3500 Express Passenger Van** | $_____ | _____ | $**1,300.00** |
| 47.2 **1988 Chevrolet pickup** | $_____ | _____ | $**350.00** |
| 47.3 **2002 Chevrolet Express Passenger Van** | $_____ | _____ | $**1,859.00** |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 **1986 Great Dane Semi-Truck Trailer** | $_____ | _____ | $**250.00** |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **See Attachment 2** | $_____ | _____ | $**317,962.00** |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

   $**321,721.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

| Debtor | **MFL Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attachment 3 | Leasehold | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $5,000.00 |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$5,000.00

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 6

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➔    $_____
                                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Anticipated Income Tax Refund**    Tax year **2017**    $**3,000.00**

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**See Attachment 4**    $**203,700.00**

Nature of claim    **Breach of Contract**

Amount requested    $**203,700.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $**206,700.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 7

| Debtor | MFL Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 31,316.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 44,460.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $726,547.73 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $4,107.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $321,721.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $206,700.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $1,339,852.36 | 91b. + $0.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $1,339,852.36

# Attachment
## Debtor: MFL Inc   Case No:

**Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts**

    **Institution: Azura Credit Union**
    **Account Type: Savings**
    **Last 4 Digits of Account Number: 9801**
    **Value: $5.00**

    **Institution: Azura Credit Union**
    **Account Type: Checking**
    **Last 4 Digits of Account Number: 0706**
    **Value:**

    **Institution: Azura Credit Union**
    **Account Type: Checking**
    **Last 4 Digits of Account Number: 0707**
    **Value:**

**Attachment 2**
    **See Exhibit 50 attached hereto identifying equipment owned by debtor.**
**Attachment 3**
    **Lease of facility located at 7215 SW Topeka Blvd, Bldg 5A, Topeka, Kansas**
**Attachment 4**
    **Judgment against Paul D. Morehead, individually, and Paul D Morehead dba Paul's Custom Machine**

# SCHEDULE A/B ASSETS -- REAL AND PERSONAL PROPERTY
# PART 7:  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES
# ITEMS 38 -41

MFL INC ID Number : 20-1783586

Tax Year End : 09-30-2017

**Office Eqipment**

| No. | Description | Date Acq'd | Cost | Value | |
|-----|-------------|------------|------|-------|---|
| | **computers, communication equipment and software** | | | | |
| 1 | TOSHIBA LAPTOP COMPUTER | 12/19/2002 | 1,286 | 128.00 | |
| 2 | 3 E-MACHINE COMPUTERS | 10/15/2004 | 2,755 | 275.00 | |
| 1 | COMPAC COMPUTERS | 10/15/2004 | 1,930 | 193.00 | |
| 1 | 3 MAC COMPUTERS | 4/3/2005 | 2,189 | 218.00 | |
| 1 | 4 BEST BUY COMPUTERS | 10/11/2005 | 4,298 | 429.00 | |
| 1 | 3 BEST BUY COMPUTERS | 9/17/2006 | 3,250 | 325.00 | |
| 1 | B/B COMPUTER | 10/22/2006 | 1,566 | 156.00 | |
| 1 | 3 GT541 X2 COMPUTERS | 4/18/2007 | 2,137 | 213.00 | |
| 1 | BB PSADOU COMPUTER | 4/18/2007 | 750 | 75.00 | |
| 1 | BB 70 300 MM F/4 IS | 5/25/2008 | 611 | 61.00 | |
| 1 | BB EOS 40D D-SLR W/28 | 5/25/2008 | 1,396 | 139.00 | |
| 1 | BB GT564 PHRMON | 5/25/2008 | 590 | 59.00 | |
| 1 | BB P6860 FX/CORE2 | 5/25/2008 | 1,396 | 139.00 | |
| 1 | BB T5254 ATHLON | 5/25/2008 | 368 | 36.00 | |
| 1 | HP LAPTOP | 8/9/2010 | 1,088 | 108.00 | |
| 1 | BEST BUY MONITORS | 10/7/2010 | 3,110 | 310.00 | |
| 1 | BEST BUY CORE 17 4 GB | 11/17/2010 | 981 | 98.00 | |
| 1 | COMPAQ DESKTOP/PRINTERS | 6/24/2011 | 1,474 | 147.00 | |
| 1 | ASUS DESKTOP/PRINTERS | 9/22/2011 | 1,754 | 175.00 | |
| 1 | BESTBUY 3 COMPUTERS | 7/12/2012 | 2,220 | 220.00 | $3,504.00 |
| | **office fixtures** | | | | |
| 1 | 2 GUN SMART METAL DETECTORS | 9/14/2012 | 933 | 93.00 | $93.00 |
| | **office furniture** | | | | |
| 1 | MARLINGS 20 FILE CABINETS | 9/16/2012 | 1,188 | 510.00 | $510.00 |

# SCHEDULE A/B ASSETS - REAL AND PERSONAL PROPERTY
# PART 8: MACHINERY, EQUIPMENT AND VEHICLES
# Item 50

## Warehouse Equipment

| Description | Date Acq'd | Cost | |
|---|---|---|---|
| 3 FORKLIFTS | 10/15/2004 | 4,650 | 465.00 |
| WORK TABLES | 11/24/2004 | 11,776 | 6000.00 |
| YALE FORK LIFT | 4/27/2005 | 967 | 96.00 |
| DUO-FAST HD STAPLER | 5/10/2005 | 652 | 65.00 |
| 2 FORK LIFTS | 3/31/2006 | 9,778 | 977.00 |
| CUTTING MACHINE | 9/21/2006 | 25,000 | 12500.00 |
| M S 583 | 9/29/2006 | 26,111 | 13000.00 |
| CHICAGO BLOWER | 2/26/2007 | 2,300 | 1100.00 |
| VENDING MACHINE | 3/9/2007 | 2,643 | 1300.00 |
| BERRY FORKLIFT | 8/14/2007 | 3,222 | 1500.00 |
| WALKING FORKLIFT | 11/8/2007 | 300 | 150.00 |
| WORK TABLES | 11/9/2007 | 1,489 | 949.00 |
| CONTOUR CUTTER | 11/17/2007 | 9,000 | 6500.00 |
| ORMONT SHREDDER | 11/17/2007 | 3,000 | 1900.00 |
| DHC HYDRLIC LIFT | 6/2/2008 | 528 | 250.00 |
| RAM PALLET LIFT | 6/2/2008 | 499 | 49.90 |
| WALKIE STACKER | 6/4/2008 | 305 | 150.00 |
| SAMS FORKLIFT | 6/11/2008 | 458 | 45.80 |
| 3 BIG JOE FORKLIFTS | 10/17/2008 | 1,700 | 900.00 |
| 6 PALLETT RACKS | 11/2/2008 | 671 | 350.00 |
| 20 PALLET RACKS | 11/14/2008 | 3,890 | 1700.00 |
| 182 URAK FRAMES | 7/13/2009 | 10,795 | 5900.00 |
| 640 URAK BEAMS | 7/13/2009 | 8,320 | 4300.00 |
| KEYLESS LOCK | 7/29/2009 | 1,291 | 350.00 |
| 2 FOAM SAWS | 8/14/2009 | 467 | 220.00 |
| BLOWER MOTOR | 9/22/2009 | 2,088 | 1300.00 |
| SQUEEZE CLAMP | 9/24/2009 | 2,525 | 1600.00 |
| 6 YALE FORKLIFTS | 9/30/2009 | 16,091 | 8900.00 |
| FORKLIFT BATTERY CHARGER | 9/30/2009 | 1,063 | 106.30 |
| BROOKSIDE BLOWERS | 10/7/2009 | 1,485 | 650.00 |
| 2 PRESSTO 2700LB FORKLIFT | 12/3/2009 | 1,400 | 750.00 |
| PRESTO STACKER | 4/2/2010 | 300 | 30.00 |
| CROWN FORKLIFT | 6/23/2010 | 1,983 | 198.30 |
| 2 FORKLIFT | 9/30/2010 | 8,735 | 3500.00 |
| SISSOR LIFT | 9/30/2010 | 3,260 | 1620.00 |
| GA CEILING PRESS W/TABLE | 1/14/2011 | 725 | 72.50 |
| GA TAPE EDGE MACH W/SINGE | 1/14/2011 | 8,419 | 841.90 |
| FIRST GENERATION MATR EQU | 6/23/2011 | 37,000 | 3700.00 |
| BER 4000 CUSHION FORKLIFT | 9/30/2011 | 3,378 | 337.80 |
| 2002 SCOTSMAN ICE WATER DISPENSER | 7/13/2012 | 1,757 | 1200.00 |
| COMM COFFEE BREWER | 7/13/2012 | 626 | 62.60 |
| MS BLOCKING BAND SAW | 8/23/2012 | 10,350 | 5500.00 |
| MS SALES 4 WHEEL FOAM SLITTER | 8/23/2012 | 29,961 | 16500.00 |
| MS SALES 90" SQUEEZE CLAMP | 8/23/2012 | 4,903 | 2400.00 |
| MANUAL WIND-UP ROLL-UP TABLE | 9/24/2012 | 3,813 | 1500.00 |

| | | | |
|---|---|---|---|
| 836 QUANITY 102" RIGGINBEAMS | 9/27/2012 | 14,764 | 1476.40 |
| ALTANTIC 2 HD PALLET RACKS | 9/27/2012 | 16,097 | 1609.70 |
| HILCO 4 BIG ASS FANS | 9/28/2012 | 5,992 | 3200.00 |
| HILCO TAPE MACHINES JACKS | 9/28/2012 | 7,158 | 4000.00 |
| BERRY 2 DEKA DESERT HOG FORKLIFTS | 9/29/2012 | 5,919 | 2200.00 |
| BERRY 3 CL 2 FORKS | 9/29/2012 | 1,795 | 895.00 |
| BERRY DEKA 36V BATTERY FORKLIFT | 9/29/2012 | 2,340 | 1200.00 |
| BERRY YALE 4M LB FORKLIFT | 9/29/2012 | 1,307 | 450.00 |
| BERRY YALE NA FORKLIFT | 9/29/2012 | 3,399 | 1500.00 |
| 2 REFRIG 4 MICROW | 10/16/2012 | 515 | 400.00 |
| PRICE GUNS | 10/16/2012 | 453 | 453.00 |
| FLOOR BUFFER | 11/6/2012 | 221 | 115.00 |
| ESAB WELDER | 1/9/2013 | 950 | 750.00 |
| 2 STENCIL CUTTERS | 3/8/2013 | 1,300 | 850.00 |
| SELF DUMP HOPPER | 7/16/2013 | 940 | 600.00 |
| 2 STENCIL CUTTERS | 7/25/2013 | 673 | 450.00 |
| 2 1998 YALE FORK LIFTS | 8/13/2013 | 4,500 | 450.00 |
| COMPRESSOR 7.5HP 80 GAL | 12/30/2013 | 2,100 | 210.00 |
| PRESTO HYDRA PALLET JACK | 1/14/2014 | 1,450 | 145.00 |
| WB SMALL LIFT TRUCK | 7/28/2014 | 481 | 48.10 |
| MANITOWAC ICE MACHINE | 9/23/2014 | 3,254 | 1500.00 |
| 8 FT CROWN RIDINF JACK | 12/31/2014 | 1,000 | 100.00 |
| KS SEC WIREESS TRANSMITTER | 1/8/2015 | 709 | 70.90 |
| CROWN PALLET JACK 8 FT | 1/15/2015 | 838 | 50.00 |
| CROWN PALLET JACK 8 FT | 1/15/2015 | 837 | 450.00 |
| SIMPL SEC EQ WHSE 3 | 1/18/2015 | 515 | 51.50 |
| MARSH 1" STENCIL MACHINE | 2/6/2015 | 552 | 400.00 |
| MARSH 1" STENCIL MACHINE | 2/6/2015 | 553 | 400.00 |
| BIG JOE FORKLIFT 12 VOLT | 3/9/2015 | 550 | 350.00 |
| I R COMPRESSOR 80 GAL | 3/17/2015 | 1,197 | 500.00 |
| CANON SIGA 6.3 CAMERA | 4/17/2015 | 932 | 93.20 |
| SONY PJ540 30 X 3" TCH 32GB | 4/17/2015 | 650 | 65.00 |
| DD1 PAD ROLLER MVII | 8/5/2015 | 43,550 | 40000.00 |
| GBC 1500 FR BAG CLOSER | 8/5/2015 | 40,053 | 35000.00 |
| KS SECUR EQUIPMENT | 8/20/2015 | 28,957 | 2895.70 |
| MALTA RACK SHELVES | 8/24/2015 | 23,974 | 14000.00 |
| WAREHS RACKS SHELVES | 8/30/2015 | 32,989 | 17000.00 |
| BERRY 4 FORKLIFTS | 8/31/2015 | 32,383 | 3238.30 |
| RIDGU RAK 1344 102X3.5 | 10/14/2015 | 25,536 | 13000.00 |
| KS SEC CAMERAS SECURITY UPDATE | 10/21/2015 | 16,497 | 8900.00 |
| RIDGU RAK UPRIGHT GREEN 42X264 | 11/25/2015 | 4,787 | 2300.00 |
| 1986 GREAT TR VIN 1GRAA | 7/12/2016 | 2,500 | 250.00 |
| M1D HIGH LIFT SEWING MACHINE | 9/29/2016 | 5,846 | 3000.00 |
| 2 NISAN FORKLIFTS | 9/30/2016 | 7,796 | 3499.00 |
| 2 YALE 4000 FORKLIFTS | 9/30/2016 | 16,372 | 8900.00 |
| CLARK TM25-U FORKLIFT | 9/30/2016 | 5,021 | 2600.00 |
| HYSTER FORKIFT | 9/30/2016 | 546 | 400.00 |

| | | | | | |
|---|---|---|---|---|---|
| HYSTER FORKLIFT | 9/30/2016 | 1,091 | 650.00 | | |
| HYUNDAI FORKLIFT | 9/30/2016 | 3,712 | 16800.00 | | |
| YALE BATTERY FORKLIFT | 9/30/2016 | 1,091 | 109.10 | | |
| KS SEC CAMERAS | 4/1/2017 | 14,874 | 8900.00 | 317962.00 | Total |
| **Vehicles** | | | | | |
| 1999 CHEV 3500 VAN | 9/22/2016 | 5,403 | 1300.00 | | |
| 2002 CHEV 3500 VAN | 9/13/2007 | 4,795 | 1859.00 | | |
| 1988 CHEV 1500 Truck | | 500 | 350.00 | 3509.00 | Total |

**Fill in this information to identify the case:**

Debtor name    MFL Inc

United States Bankruptcy Court for the:   D str ct of Kansas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct he value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Ace Fund ng Source LLC<br><br>**Creditor's mailing address**<br>640 S San V cente B vd<br>Los Ange es, CA 90048<br><br>**Creditor's email address, if known**<br><br><br>Date debt was incurred   06.18.2018<br>Last 4 digits of account number   0 7 1 6<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including his creditor, and its relative priority.<br>:<br>See Attachment 1 | **Describe debtor's property that is subject to a lien**<br>A MFL accounts rece vab es<br><br><br>**Describe the lien**<br>Nonpossessory<br>**Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Con ingent<br>☒ Unliquidated<br>☒ Disputed | $51,415.00 | $79,900.02 |
| **2.2** **Creditor's name**<br>Amazon Cap ta Serv ces Inc<br><br>**Creditor's mailing address**<br>P O Box 84837<br>Seatt e, Wash ngton 98124<br><br>**Creditor's email address, if known**<br><br><br>Date debt was incurred   08.29.2017<br>Last 4 digits of account number   9 3 7 6<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Have you already specified the relative priority?<br>- - No. Specify each creditor, including this creditor, and its relative priority.<br>—<br>☒ Yes. The relative priority of creditors is specified on lines 2.1 | **Describe debtor's property that is subject to a lien**<br>A MFL assets<br><br><br>**Describe the lien**<br>Nonpossessory<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Con ingent<br>☒ Unliquidated<br>☒ Disputed | $176,334.12 | $1,343,975.75 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $908,307.15

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

| | | | Column A | Column B |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

Ce t c Bank

**Creditor's mailing address**

268 S State St Ste 300
Sa t Lake C ty, Utah 30357

**Creditor's email address, if known**

_____

**Date debt was incurred** 11.08.2017
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A  MFL assets
_____
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

$87,079.00      $1,343,975.75

---

**2.4** **Creditor's name**

CFG Merchant So ut ons LLC

**Creditor's mailing address**

80 Ma den Lane 15th F r
New York, New York 10038

**Creditor's email address, if known**

_____

**Date debt was incurred** 06.19.2018
**Last 4 digits of account number** 1 0 5 0

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A  MFL accounts rece vab es
_____
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

$29,295.00      $79,900.02

| Debtor | MFL Inc | Case number (if known) | |
|--------|---------|------------------------|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

Corporat on Serv ce Company

**Creditor's mailing address**

P O Box 2576
Spr ngf e d, IL 62708

**Creditor's email address, if known**
uccsprep@csc nfo.com

**Date debt was incurred** 02/23/2018
**Last 4 digits of account number** 7 8 9 5

**Do multiple creditors have an interest in the same property?**
-- No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

See Attachment 2
_____
_____

**Describe the lien**
See Attachment 3

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

| $Unknown | $Unknown |

---

**2.6**

**Creditor's name**

Corporat on Serv ce Company

**Creditor's mailing address**

P O Box 2576
Spr ngf e d, IL 62708

**Creditor's email address, if known**
uccsprep@csc nfo.com

**Date debt was incurred** 06/22/2018
**Last 4 digits of account number** 0 6 0 8

**Do multiple creditors have an interest in the same property?**
No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A assets now owned or hereafter acqu red.
_____

**Describe the lien**
See Attachment 4

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

| $Unknown | $Unknown |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 10

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

Corporat on Serv ce Company

Creditor's mailing address

P O Box 2576
Spr ngf e d, IL 62708

Creditor's email address, if known

uccsprep@cs nfo.com

Date debt was incurred  11/13/2017

Last 4 digits of account number  3 6 0 2

Do multiple creditors have an interest in the same property?
- – No
- ☒ Yes. Have you already specified the relative priority?
    - ❑ No. Specify each creditor, including this creditor, and its relative priority.
    - ☒ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

See Attachment 5

$Unknown | $Unknown

Describe the lien
Acts as a representat ve for secured cred tor.

Is the creditor an insider or related party?
- ☒ No
- ❑ Yes

Is anyone else liable on this claim?
- ☒ No
- ❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ❑ Con ingent
- ☒ Unliquidated
- ☒ Disputed

---

**2.8** Creditor's name

CT Corporat on System

Creditor's mailing address

330 N Brand B vd Ste 700
G en ade, CA 91203

Creditor's email address, if known


Date debt was incurred  03/02/2018

Last 4 digits of account number  2 2 0 0

Do multiple creditors have an interest in the same property?
- No
- ☒ Yes. Have you already specified the relative priority?
    - ❑ No. Specify each creditor, including this creditor, and its relative priority.
    - ☒ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien

See Attachment 6

$Unknown | $Unknown

Describe the lien
Acts as a representat ve of secured cred tor.

Is the creditor an insider or related party?
- ☒ No
- ❑ Yes

Is anyone else liable on this claim?
- ☒ No
- ❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ❑ Con ingent
- ☒ Unliquidated
- ☒ Disputed

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"></td><td><strong>Column A</strong><br>Amount of claim<br><span style="font-size:small">Do not deduct the value of collateral.</span></td><td><strong>Column B</strong><br>Value of collateral that supports this claim</td></tr>
<tr><td><strong>Part 1:</strong></td><td><strong>Additional Page</strong></td><td></td><td></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

See Attachment 7

**Creditor's mailing address**

5 West 37th Street 2nd F r
New York, New York 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** 05.29.2018
**Last 4 digits of account number** 3 6 4 3

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A MFL accounts rece vab es

    $63,000.00    $79,900.02

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

---

**2.10**

**Creditor's name**

See Attachment 8

**Creditor's mailing address**

100 Summer St Ste 1175
Boston, MA 02110

**Creditor's email address, if known**

_____

**Date debt was incurred** 05.29.2018
**Last 4 digits of account number** 2 0 1 8

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A MFL accounts rece vab es

    $52,896.00    $79,900.02

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 10

| Debtor | MFL Inc | Case number (if known) |
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11 Creditor's name**

Fund ng Metr cs LLC dba Lend n

**Creditor's mailing address**

884 Town Center Dr ve
Langhome, PA 19047

**Creditor's email address, if known**

_____

**Date debt was incurred** 05.30.2018
**Last 4 digits of account number** 2 0 E 0

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A  MFL accounts rece vab es _____  $64,611.00  $79,900.02
_____
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

---

**2.12 Creditor's name**

Green Cap ta Fund ng LLC

**Creditor's mailing address**

30 Broad Street 14th F r, Ste 1462
New York, New York 10004

**Creditor's email address, if known**

_____

**Date debt was incurred** 06.19.2018
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

A  MFL Assets _____  $36,800.00  $1,343,975.75
_____
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

| Debtor | MFL Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

QuarterSpot Inc

**Creditor's mailing address**

2751 Prosper ty Ave Ste 330
Fa rfax, V rg n a 22031

**Creditor's email address, if known**

_____

Date debt was incurred   02.21.2018
**Last 4 digits of account number**   7 _2_ 1_ 3_

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☒ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

A  MFL Assets                      $106,000.00    $1,343,975.75
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

**2.14 Creditor's name**

Reta  Cap ta  LLC dba Cred b y

**Creditor's mailing address**

4026 N M  er Road, Ste B200
Scottsda e, Ar zona 85251

**Creditor's email address, if known**

_____

Date debt was incurred   02.21.2018
**Last 4 digits of account number**   8_ 3_ 4_ 4_

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  ☒ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

A  MFL Assets                      $99,507.48    $1,343,975.75
_____

**Describe the lien**
Nonpossessory

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Con ingent
☒ Unliquidated
☒ Disputed

| Debtor | MFL Inc | Case number *(if known)* | |
|--------|---------|-------------|--|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|------|------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**

WebBank dba CAN Cap ta

**Describe debtor's property that is subject to a lien**

A MFL accounts rece vab es

$141,369.55 $79,900.02

**Creditor's mailing address**

2015 Vaughn Road B dg 500
Kennesaw, Georg a 30144

**Describe the lien**
Nonpossessory

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- [ ] No
- [X] Yes

**Date debt was incurred** 02.22.2018

**Last 4 digits of account number** 6 2 8 3

**Is anyone else liable on this claim?**
- [ ] No
- [X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [X] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [X] Yes. The relative priority of creditors is specified on lines 2.1

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Con ingent
- [X] Unliquidated
- [X] Disputed

**2.16 Creditor's name**

_____

**Describe debtor's property that is subject to a lien**

_____
$_____ $_____

**Creditor's mailing address**

_____

**Describe the lien**
_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
- [ ] No
- [ ] Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
- [ ] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [ ] Yes. Have you already specified the relative priority?
  - [ ] No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - [ ] Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Con ingent
- [ ] Unliquidated
- [ ] Disputed

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Amazon Cap ta  Serv ces Inc<br>2201 West ake Ave<br>Seatt e, WA 98121 | Line 2. 2 | 9  3  7  6 |
| Kabbage Bus ness Loan<br>P O Box 77081<br>At anta, GA 30357 | Line 2. 3 | __ __ __ __ |
| CFG Merchant Soultions LLC<br>85 Broad Street 18th Flr<br>New York NY  10004 | Line 2. 4 | 1  0  5  0 |
| Ariel Bousaila<br>40 Excange Place Ste 1306<br>New York NY  10005 | Line 2. 1 | 0  7  1  6 |
| Commercial Asset Recovery LLC<br>1330 Avenue of the Americas Ste 23A<br>New York NY  10019 | Line 2. 1 | 0  7  1  6 |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 10

Debtor  __MFL Inc_____  Case number *(if known)*_____
        Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |
| _____ | Line 2. __ | ___ ___ ___ ___ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                    page __10__ of __10__

# Attachment
## Debtor: MFL Inc   Case No:

**Attachment 2**

    Security interest in all present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures.

**Attachment 3**

    Acts as a representative for one of the secured creditors.

**Attachment 4**

    Acts as a representative of one of the secured creditors

**Attachment 5**

    All personal property and general intangibles, including accessions, accessories, replacements and proceeds and certain future receivables.

**Attachment 6**

    DRL Collateral description: All amounts owing, all accounts, chattel, all instruments, all goods, all general intangibles, etc.

**Attachment 7**

    EBF Partners LLC dba Everest Business Funding

**Attachment 8**

    Forward Funding LLC dba Forward Financing

**Attachment 9**

    1:Green Capital Funding LLC; 2:QuarterSpot Inc; 3:Retail Capital LLC dba Credibly

# SCHEDULE D:  CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY ATTACHMENT 1, ITEMS 2.1 THROUGH 2.11

All secured creditors claim a secured interests in some or all of Debtor's property, including accounts receivables and inventory.  Some, but not all, have perfected their security interests, but in some instances perfection has been by filing of a financing statement that did not specifically identify the creditors in question.  As a result, determination of priority and/or perfection will depend on examination of documents not currently available to the Debtor.  The first lien on Debtor's property which is identified to a specific creditor is the lien of Amazon Capital Services, Inc.

**SCHEDULE D:  Creditors Who Have Claims Secured by Property**

**Attachment 1**

**Creditors:**     **Ace Funding Source, LLC**
                **Amazon Capital  Services, Inc.**
                **WebBank dba CAN Capital**
                **CFG Merchant Solutions, LLC**
                **Retail Capital LLC dba Credibly**
                **EBF Partners LLC dba Everest Business Funding**
                **Forward Financing**
                **Funding Metrics dba Lendini**
                **Green Capital Funding, LLC**
                **Celtic Bank aka Kabbage Business Loan**
                **QuarterSpot Inc.**

**The only creditor debtor can verify as having a perfected interest in debtor's property is Amazon Capital Services, Inc. which has a first lien.  Other financing statements are on file, but either are not identified to a particular creditor, or were filed within the preference period.**

# Attachment
## Debtor: MFL Inc   Case No:

**Attachment 2**

    **Security interest in all present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures.**

**Attachment 3**

    **Acts as a representative for one of the secured creditors.**

**Attachment 4**

    **Acts as a representative of one of the secured creditors**

**Attachment 5**

    **All personal property and general intangibles, including accessions, accessories, replacements and proceeds and certain future receivables.**

**Attachment 6**

    **DRL Collateral description: All amounts owing, all accounts, chattel, all instruments, all goods, all general intangibles, etc.**

**Attachment 7**

    **EBF Partners LLC dba Everest Business Funding**

**Attachment 8**

    **Forward Funding LLC dba Forward Financing**

**Attachment 9**

    **1:Green Capital Funding LLC; 2:QuarterSpot Inc; 3:Retail Capital LLC dba Credibly**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>MFL Inc</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>D str ct of Kansas</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
Department of Revenue
915 Harr son
Topeka KS  66625

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

As of the petition filing date, the claim is: $464.44          Priority amount $464.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes and Other Government Debts
Quarterly Wage & Unemployment

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Department of Revenue
915 Harrison
Topeka, Kansas 66625

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

As of the petition filing date, the claim is: $961.00          $961.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes and Other Government Debts
Withholding Taxes (KW-5)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $0.00          $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page 1 of 7

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Total claim: $0.00   Priority amount: $0.00

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.5** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Total claim: $0.00   Priority amount: $0.00

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.6** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Total claim: $_____   Priority amount: $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.7** Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

Total claim: $_____   Priority amount: $_____

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
❑ No
❑ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | MFL Inc | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Amer can Express P um Card

P O Box 650448

Dallas TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   7   5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Cred t Card

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$146,496.85

---

**3.2** Nonpriority creditor's name and mailing address
Amy Huffman

601 W 2nd Street

Scranton, KS 66537

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Persona  Note

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$92,436.18

---

**3.3** Nonpriority creditor's name and mailing address
Best Buy

P O Box 790441

St Lou s, MO 63179

Date or dates debt was incurred _____

Last 4 digits of account number   6   1   0   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Cred t Card

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$442.31

---

**3.4** Nonpriority creditor's name and mailing address
Chase Amazon

P O Box 15123

W mngton, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number   9   0   2   3

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$988.14

---

**3.5** Nonpriority creditor's name and mailing address
Chase Ink

P O Box 15123

W mngton, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number   6   2   9   9

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Cred t Card

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$14,856.14

---

**3.6** Nonpriority creditor's name and mailing address
Chase S ate

P O Box 15123

W mngton, DE 19850

Date or dates debt was incurred _____

Last 4 digits of account number   3   9   7   4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: Cred t Card

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$3,646.56

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 3 of 7

| Debtor | MFL Inc | Case number (if known) |
|--------|---------|------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Chr stopher D Farmer

3810 SW Mar on Lane

Topeka, KS 66610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Persona  Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$115,000.00

**3.8** Nonpriority creditor's name and mailing address

C t  Cards

P O Box 6500

Falls SD 57117

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Cred t Card

Date or dates debt was incurred _____

Last 4 digits of account number 9 6 3 0

Is the claim subject to offset?
☒ No
☐ Yes

$6,664.25

**3.9** Nonpriority creditor's name and mailing address

Dav d Me cher Jr

3827 SE Bryant

Topeka, KS 66609

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Persona  Note

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$40,000.00

**3.10** Nonpriority creditor's name and mailing address

D scover Card

P O Box 30421

Salt Lake City UT 84130

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Cred t Card

Date or dates debt was incurred _____

Last 4 digits of account number 1 5 4 7

Is the claim subject to offset?
☒ No
☐ Yes

$15,805.06

**3.11** Nonpriority creditor's name and mailing address

D scover More Card

P O Box 6103

Caro  Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Cred t Card

Date or dates debt was incurred _____

Last 4 digits of account number 1 8 2 9

Is the claim subject to offset?
☒ No
☐ Yes

$18,292.00

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 4 of 7

| Debtor | MFL Inc | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Sams Club MasterCard

P O Box 960013

Orlando, FL 32896

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Credit Card

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  9 _ 6 _ 4 _ 1

$4,585.11

---

**3.13** Nonpriority creditor's name and mailing address

Carpenter Co

5016 Monument Ave

Richmond VA 23230

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Purchase of Inventory/Equipment

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

$ 540,390.69

---

**3.14** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

$_____

---

**3.15** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

$_____

---

**3.16** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

$_____

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.12. | | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,425.44 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 999,603.29 |
| 5c. **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 1,001,028.73 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **MFL Inc** |
| United States Bankruptcy Court for the: **District of Kansas** |
| Case number (If known): _____ Chapter **11** |

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 3 year lease; Term<br>See Attachment 1 | Forbes Industrial Park LLC<br>ATTN John DeHardt Kessinger Hunter<br>2600 Grand Ave 7th Flr<br>Kansas City          MO          64108 |
| | State the term remaining | 27 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease-Purchase<br>See Attachment 2 | Carpenter Co<br>ATTN Mark Willard<br>5016 Monument Ave<br>Richmond          VA          23230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Commercial Services Agreement,<br>See Attachment 3 | Cox Communications Kansas LLC<br>401 N 117th Street<br>Omaha          NE          68154 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement for<br>See Attachment 4 | Waste Management of Kansas Inc<br>700 E Butterfield Road 4th Flr<br>Lombard          IL          60148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Attachment
## Debtor: MFL Inc   Case No:

**Attachment 1**

    11.01.2017-10.31.2020 at $13,786,50/mo. In addition, the lease of the premise includes office furniture.

**Attachment 2**

    Agreement of a C52 Contour Cutter and Teknomac Mattress Folding Machine. Term: 10.01.2016-09.30.2018. Debtor agrees to purchase $5,500,000.00 net in foam products annually and in turn lease amount is $1.00 per year.

**Attachment 3**

    dated 05.24 2017 for internet services at the cost of $419.95/mo plus fees, taxes, assessments or surcharges. Term: 3 years.

**Attachment 4**

    non-hazardous waste service at rate of $409.95/mo. Term: 3 years.

Fill in this information to identify the case:

Debtor name  MFL Inc

United States Bankruptcy Court for the: D str ct of Kansas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.1 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Ace Funding Source LLC | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.2 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Amazon Capital Services Inc. | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.3 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Celtic Bank | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.4 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | CFG Merchant Solutions LLC | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.9 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | EBF Partners LLC dba Everest Business Funding | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.10 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Forward Funding LLC dba Forward Financing | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | | | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| | Name | Mailing address | | | Name | |
| 2.11 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Funding Metrics LLC dba Lendini | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.12 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Green Capital Funding LLC | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.13 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | QuarterSpot Inc | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.14 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | Retail Capital LLC dba Credibly | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.15 | Chr stopher D Farmer | 3810 SW Mar on Lane<br>Street | | | WebBank dba CAN Capital | ☒ D<br>☐ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.1 | Christopher D Farmer | 3810 SW Marion Lane<br>Street | | | KDOR | ☐ D<br>☒ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| 2.2 | Christopher D Farmer | 3810 SW Marion Lane<br>Street | | | KDOR | ☐ D<br>☒ E/F<br>☐ G |
| | | Topeka<br>City | KS<br>State | 66610<br>ZIP Code | | |
| | | Street | | | | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |

☐ Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name **MFL Inc**

United States Bankruptcy Court for the: **District of Kansas**

Case number (If known): _____

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ..................................................................... $1,339,852.36

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................... $1,339,852.36

---

**Part 2:** **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ............... $ 908,307.15

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..................................................................... $ 1425.44

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ..................................................................... + $ 999,603.29

4. **Total liabilities** ..................................................................... $ 1,909,335.88
    Lines 2 + 3a + 3b

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express Plum Card P O Box 650448 Dallas TX 75265 | | Cred t Card | Contingent Disputed | | | $146,496.85 |
| 2 | WebBank dba CAN Capital 2015 Vaughn Rd Bldg 500 Kennesaw GA 30144 | | Nonpossessory, Nonpurchase- Money Secur ty Interest | Unliquidated Disputed | $141,369.55 | Unknown | $141,369.55 |
| 3 | Amy Huffman 601 W 2nd Street Scranton KS 66537 | | Persona Note | | | | $92,436.18 |
| 4 | Funding Metrics dba Lendini 884 Town Center Dr Langhorne PA 19047 | | Nonpossessory, Nonpurchase- Money Secur ty Interest | Unliqu dated D sputed | $64,611.00 | Unknown | $64,611.00 |
| 5 | EBF Partners LLC dba Everest Business Funding 5 West 37th St 2nd Flr New York NY 10018 | | Nonpossessory, Nonpurchase- Money Secur ty Interest | Unliqu dated D sputed | $63,000.00 | Unknown | $63,000.00 |
| 6 | Forward Financing 100 Summer St Ste 1175 Boston MA 02110 | | Nonpossessory, Nonpurchase- Money Secur ty Interest | Unliqu dated D sputed | $52,896.00 | Unknown | $52,896.00 |
| 7 | Ace Funding Source 640 S San Vicente Blvd Los Angeles CA 90048 | | Nonpossessory, Nonpurchase- Money Secur ty Interest | Unliqu dated D sputed | $51,415.00 | Unknown | $51,415.00 |
| 8 | David Melcher Jr 3827 SE Brant Topeka KS 66609 | | Personal Note | | | | $40,000.00 |

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CFG Merchant Solutions 800 Maiden Land 15th Flr New York NY 10038 | | Nonpossessory, Nonpurchase-Money Security Interest | Unliquidated Disputed | $29,295.00 | | 295.00 |
| 10 | Discover More Card P OBox 6103 Carol Stream IL 60197 | | Cred t Card | Contingent Disputed | | | $18,292.00 |
| 11 | Discover Card P O Box 30421 Salt Lake City UT 84130 | | Cred t Card | Contingent Disputed | | | $15,805.06 |
| 12 | Chase Ink P O Box 15123 Wilmington DE 19850 | | Cred t Card | Contingent Disputed | | | $14,856.14 |
| 13 | Citi Cards P O Box 6500 Falls, SD 57117 | | Cred t Card | Contingent Disputed | | | $6,664.25 |
| 14 | Sams Sychrony Bank P O Box 965003 Orlando FL 32896 | | Cred t Card | Contingent Disputed | | | $4,585.11 |
| 15 | Chase Slate P O Box 15123 Wilmington DE 19850 | | Cred t Card | Contingent Disputed | | | $3,646.56 |
| 16 | Chase Amazon P O Box 15123 Wilmington DE 19850 | | Credit Card | Contingent Disputed | | | $988.14 |
| 17 | Best Buy P O Box 790441 St Louis MO 63179 | | Cred t Card | Contingent Disputed | | | $442.31 |
| 18 | Carpenter Co 5016 Monument Ave Richmond VA 23230 | | Purchase of foam and rent-to-own agreement for equ pment | | | | $540,390.69 |
| 19 | Department of Revenue 915 Harrison Topeka KS 66625 | | Taxes and Other Government Debts - Quarterly Wage & Unemployment | | | | $961.00 |
| 20 | Department of Revenue 915 Harrison Topeka KS 66625 | | Taxes and Other Government Debts - Witholding Taxes (KW-5) | | | | $464.44 |

**Fill in this information to identify the case:**

Debtor name  MFL Inc

United States Bankruptcy Court for the:  D str ct of Kansas

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 10/01/2017 to<br>MM / DD / YYYY | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 2,729,131.30 |
| **For prior year:** | From 10/01/2016 to<br>MM / DD / YYYY | 09/30/2017<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $10,230,017.00 |
| **For the year before that:** | From 10/01/2015 to<br>MM / DD / YYYY | 09/30/2016<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 14,707,439.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | See Exhibit 3, Statement of Financial Affairs, Part 2: List Certain Transfers Made Before Filing Bankruptcy | _____ _____ _____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City    State    Z P Code | _____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | Chr stopher D Farmer<br>Insider's name<br>3810 SW Marion Lane<br>Street<br>Topeka    KS    66610<br>City    State    Z P Code<br><br>Relationship to debtor<br>President | _____ | $36,250.00 | Salary paid from October 1, 2017-July 6, 2018 |
| 4.2. | Christopher D Farmer<br>Insider's name<br>3810 SW Marion Lane<br>Street<br>Topeka    KS    66610<br>City    State    Z P Code<br><br>Relationship to debtor<br>President | _____ | $14,000.00 | Salary paid from July 1, 2017 -September 30, 2017 |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. MFL Inc v Paul D Morehead et al | C v | Shawnee County District Court<br>Name<br>700 SE 7th Street<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Case number**<br>2016.CV-00914 | | Topeka        KS        66603<br>City        State        ZIP Code | |
| **Case title**<br>7.2. CFG Merchant Solutions v MFL | Co ect on | Court or agency's name and address<br>See Attachment 1<br>Name<br>25 Delaware Ave Fl 1st<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>18-810163 | | Buffa o        NY        14202<br>City        State        ZIP Code<br>**See Attachment 2** | |

| Debtor | MFL Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | | Street |
| City            State     ZIP Code | **Case number** | |
| | | City          State        ZIP Code |
| | **Date of order or assignment** | |

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City            State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City            State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.*  *List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| 1999 Buick Park Avenue  **See Attachment 3** | $200 salvage yard | 02.17.2018 | $500.00 |

---

Debtor _____MFL Inc_____  Case number *(if known)*_____

Name

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Fisher Patterson Sayler & Smith LLP | | 06.29.2018 | $20,000.00 |
| | **Address** | | | |
| | Street | | | |
| | 3550 SW 5th Street | | | |
| | Topeka           KS          66606 | | | |
| | City              State          ZIP Code | | | |
| | **Email or website address** | | | |
| | jking@f sherpatterson.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City              State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | $_____ |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Dalton Hughes | Sa e of 1994 Bluebird Bus | 04.09.2018 | $2,000.00 |
| | **Address** | | | |
| | Street | | | |
| | Wellsville         KS         66092<br>City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |
| 13.2. | Who received transfer? | 1999 Buick Park Avenue - vehicle was | 03.02.2018 | $2,000.00 |
| | Bailey Recycling & Scrap Metal | vandaızed by fire - total loss. | | |
| | **Address** | | | |
| | 4120 SE Seward<br>Street | | | |
| | Topeka         KS         66616<br>City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | None | | | |

**See Attachment 4**

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State          ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | City          State          ZIP Code | |

| Part 8: | Healthcare Bankruptcies |
|---------|-------------------------|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State          ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Azura Credit Un on <br> Name <br> 2808 SW Arrowhead Road <br> Street <br><br> Topeka    KS    66614 <br> City    State    ZIP Code | XXXX– 9 8 1 6 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 06.25.2018 | $456.38 |
| 18.2. | Azura Credit Un on <br> Name <br> Street <br><br> City    State    ZIP Code | XXXX– 9 8 0 7 | ☒ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | 06.25.2018 | $625.41 |

**See Attachment 5**

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City    State    ZIP Code | <br><br><br> Address | | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Semi-trailer parked outside <br> Name <br> 7215 SW Topeka B vd., B dg A <br> Street <br><br> Topeka    KS    66619 <br> City    State    ZIP Code | Christopher Farmer; Warehouse Manager and var ous other emp oyees <br><br> Address <br> 3810 SW Mar on Lane, Topeka, <br> See Attachment 7 | Memory foam | ☒ No <br> ☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City    State    ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>Dates business existed<br>From _____ To _____ |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 57 of 97

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Paul Heinen & Associates<br>Name<br>P O Box 116<br>Street | From _____ To 12/31/2017 |
| Valley Falls            KS            66088<br>City            State            Z P Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. Amy Huffman<br>Name<br>7215 SW Topeka Blvd, Bldg 5A<br>Street | From 10/01/2004 To 06/30/2018 |
| Topeka            KS            66619<br>City            State            Z P Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Paul Heinen & Associates Inc<br>Name<br>317 Broadway<br>Street | From 10/01/2004 To 06/30/2018 |
| Valley Falls            KS            66088<br>City            State            ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name<br>Street | From _____ To _____ |
| City            State            ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Paul Heinen & Associates<br>Name<br>Street | _____<br>_____<br>_____ |
| City            State            ZIP Code | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | MFL Inc <br>Name <br><br>Street <br><br><br>City  State  ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.2. | Name <br><br>Street <br><br><br>City  State  ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Name <br><br>Street <br><br><br>City  State  ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Christopher D. Farmer | 09/30/2017 | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

| | |
|---|---|
| 27.1. | Christopher D Farmer <br>Name <br><br>Street <br><br><br>City  State  ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Christopher D Farmer | 09/30/2016 | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. Christopher D Farmer
_____
Name

_____
Street

_____
City                        State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher D. Farmer | 3810 SW Marion Lane. Topeka. KS 66610 | President - 100 | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

| Name and address of recipient | | | |
|---|---|---|---|
| | _____ | _____ | _____ |
| Name | | _____ | |
| Street | | _____ | |
| | | | |
| City                    State          ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     07/12/2018
                MM  / DD  / YYYY

✘  s/ Christopher D. Farmer                          Printed name  Chr stopher D. Farmer
Signature of individual signing on behalf of the debtor

Posi ion or rela ionship to debtor   Pres dent

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

# Attachment
## Debtor: MFL Inc   Case No:

**Attachment 1**

    **Supreme Court of State of New York, Erie County**

**Attachment 2**

    **Case Title: Funding Metrics LLC**

    **Case Number:** Unknown

    **Nature of Case: Collection**

    **Court or Agency's Name Unknown**

    **Status of Case:** Pending

Attachment 2a

Case Title:  Ace Funding Source v MFL

Case No.:  18-810165

Nature of Case:  Collection

Court:  Supreme Court of New York, Erie County

Status of Case:  Pending

**Attachment 3**

    **Vehicle was set on fire in an act of vandalism - only liability coverage on vehicle.**

**Attachment 4**

    **Transferee Name: Scott Staggs**

    **Transferee Address: 10700 Vista dell sol, El Paso, TX 73395**

    **Relationship to Debtor: None**

    **Description of Property Transferred, Payments Received, or Debts Paid in Exchange: 4 stand-up forklifts, 2 walk-behind forklifts, 3 regular forklifts and one floor scrubber all of which were inoperable**

    **Date of Transfer: 02.28.2018**

    **Total Amount or Value: $2,000.00**

**Attachment 5 Additional Closed Financial Accounts:**

    **Name of Financial Institution: Azura Credit Union**

    **Last 4 Digits of Account Number: 0716**

    **Type of Account: Checking**

    **Date Closed: 06.26.2018**

    **Final Balance: $295.71**

# Exhibit 3
# Statement of Financial Affairs
# Part 2:  List Certain Transfers Made
# Before Filing for Bankruptcy

# MFL, INC.
## Account QuickReport
### All Transactions

| | Date | Amount |
|---|---|---|
| **247 · Ace Funding Source** | | |
| | 06/22/2018 | -1,050.00 |
| | 06/22/2018 | -3,160.00 |
| | 06/25/2018 | -1,050.00 |
| | 06/25/2018 | -1,050.00 |
| | 06/26/2018 | -3,000.00 |
| Total 247 · Ace Funding Source | | -9,310.00 |
| **TOTAL** | | -9,310.00 |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 64 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Type | Date | Memo | Split | Amount |
|------|------|------|-------|--------|
| **Alfa Adhesives** | | | | |
| Check | 04/27/2018 | Invoice 149818 | 400 · Cost of Goods Sold | -7,894.00 |

# MFL, INC.
## Account QuickReport
### As of June 30, 2018

Amazon Capital Services Inc.

**234 · Amazon Loan 7 102319376**

| Date | Amount |
|------|--------|
| 04/03/2018 | -42,042.65 |
| 04/12/2018 | -13,037.17 |
| 05/01/2018 | -32,338.38 |
| 05/10/2018 | -22,741.44 |
| 06/05/2018 | -13,826.68 |
| 06/12/2018 | -13,826.68 |
| 06/19/2018 | -13,826.68 |
| 06/28/2018 | -13,826.68 |
| | -165,466.36 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 66 of 97

# MFL, INC.
# Account QuickReport
### As of June 30, 2018

| American Express Financial | Date | Amount |
|---|---|---|
| **195 · Amex PLUM 5-91000** | | |
| | 04/13/2018 | -5,635.00 |
| | 05/13/2018 | -5,635.00 |
| | 06/13/2018 | -5,635.00 |
| | | -16,905.00 |

Page 5 of 24

Page 1 of 1

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Split | Amount |
|------|-------|--------|
| **BerkleyNet Assigned Risk** | | |
| 04/12/2018 | 524.6 · Liability Insurance | -2,789.00 |
| 05/17/2018 | 524.6 · Liability Insurance | -2,789.00 |
| 06/14/2018 | 524.6 · Liability Insurance | -2,789.00 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 68 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Amount |
|------|--------|
| **Blue Cross and Blue Shield** | |
| 04/26/2018 | -3,238.38 |
| 05/31/2018 | -3,238.38 |
| 06/28/2018 | -3,238.38 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 69 of 97

# MFL, INC.
## Account QuickReport
### As of June 30, 2018

| CAN Capital | Date | Amount |
|---|---|---|
| **238 · CAN Capital** | | |
| | 04/02/2018 | -789.77 |
| | 04/03/2018 | -789.77 |
| | 04/04/2018 | -789.77 |
| | 04/05/2018 | -789.77 |
| | 04/06/2018 | -789.77 |
| | 04/09/2018 | -789.77 |
| | 04/10/2018 | -789.77 |
| | 04/11/2018 | -789.77 |
| | 04/12/2018 | -789.77 |
| | 04/13/2018 | -789.77 |
| | 04/16/2018 | -789.77 |
| | 04/17/2018 | -789.77 |
| | 04/18/2018 | -789.77 |
| | 04/19/2018 | -789.77 |
| | 04/20/2018 | -789.77 |
| | 04/23/2018 | -789.77 |
| | 04/24/2018 | -789.77 |
| | 04/25/2018 | -789.77 |
| | 04/26/2018 | -789.77 |
| | 04/27/2018 | -789.77 |
| | 04/30/2018 | -789.77 |
| | 05/01/2018 | -789.77 |
| | 05/02/2018 | -789.77 |
| | 05/03/2018 | -789.77 |
| | 05/04/2018 | -789.77 |
| | 05/07/2018 | -789.77 |
| | 05/08/2018 | -789.77 |
| | 05/09/2018 | -789.77 |
| | 05/10/2018 | -789.77 |
| | 05/11/2018 | -789.77 |
| | 05/14/2018 | -789.77 |
| | 05/15/2018 | -789.77 |
| | 05/16/2018 | -789.77 |
| | 05/17/2018 | -789.77 |
| | 05/18/2018 | -789.77 |
| | 05/21/2018 | -789.77 |
| | 05/22/2018 | -789.77 |
| | 05/23/2018 | -789.77 |
| | 05/24/2018 | -789.77 |
| | 05/25/2018 | -789.77 |
| | 05/29/2018 | -789.77 |
| | 05/30/2018 | -789.77 |
| | 05/30/2018 | -789.77 |
| | 05/31/2018 | -789.77 |

# MFL, INC.
# Account QuickReport
### As of June 30, 2018

CAN Capital

| Date | Amount |
|------|--------|
| 06/01/2018 | -789.77 |
| 06/04/2018 | -789.77 |
| 06/05/2018 | -789.77 |
| 06/06/2018 | -789.77 |
| 06/07/2018 | -789.77 |
| 06/08/2018 | -789.77 |
| 06/11/2018 | -789.77 |
| 06/12/2018 | -789.77 |
| 06/13/2018 | -789.77 |
| 06/14/2018 | -789.77 |
| 06/15/2018 | -789.77 |
| 06/18/2018 | -789.77 |
| 06/19/2018 | -789.77 |
| 06/20/2018 | -789.77 |
| 06/21/2018 | -789.77 |
| 06/22/2018 | -789.77 |
| 06/25/2018 | -789.77 |
|  | -48,175.97 |

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| | Date | Amount |
|---|---|---|
| **Carpenter Co.** | | |
| | 04/06/2018 | -17,337.86 |
| | 04/10/2018 | -22,864.98 |
| | 04/13/2018 | -16,650.56 |
| | 04/18/2018 | -21,950.69 |
| | 04/23/2018 | -11,778.63 |
| | 05/02/2018 | -17,242.09 |
| | 05/08/2018 | -17,544.96 |
| | 05/17/2018 | -19,317.91 |
| | 05/23/2018 | -19,718.23 |
| | 05/31/2018 | -15,768.20 |
| | 06/05/2018 | -9,199.43 |
| | 06/06/2018 | -19,225.03 |
| | 06/12/2018 | -21,508.99 |
| | 06/18/2018 | -18,903.12 |
| | 06/21/2018 | -14,692.78 |
| | 06/22/2018 | -22,145.59 |
| | 06/28/2018 | -10,392.80 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 72 of 97

# MFL, INC.
## Account QuickReport
### All Transactions

| Credibly | Date | Amount |
|---|---|---|
| **239 · Credibly Loan** | | |
| | 04/02/2018 | -537.88 |
| | 04/03/2018 | -537.88 |
| | 04/04/2018 | -537.88 |
| | 04/05/2018 | -537.88 |
| | 04/06/2018 | -537.88 |
| | 04/09/2018 | -537.88 |
| | 04/10/2018 | -537.88 |
| | 04/11/2018 | -537.88 |
| | 04/12/2018 | -537.88 |
| | 04/13/2018 | -537.88 |
| | 04/16/2018 | -537.88 |
| | 04/17/2018 | -537.88 |
| | 04/18/2018 | -537.88 |
| | 04/19/2018 | -537.88 |
| | 04/20/2018 | -537.88 |
| | 04/23/2018 | -537.88 |
| | 04/24/2018 | -537.88 |
| | 04/25/2018 | -537.88 |
| | 04/26/2018 | -537.88 |
| | 04/27/2018 | -537.88 |
| | 04/30/2018 | -537.88 |
| | 05/01/2018 | -537.88 |
| | 05/02/2018 | -537.88 |
| | 05/03/2018 | -537.88 |
| | 05/04/2018 | -537.88 |
| | 05/07/2018 | -537.88 |
| | 05/08/2018 | -537.88 |
| | 05/09/2018 | -537.88 |
| | 05/10/2018 | -537.88 |
| | 05/11/2018 | -537.88 |
| | 05/14/2018 | -537.88 |
| | 05/15/2018 | -537.88 |
| | 05/16/2018 | -537.88 |
| | 05/17/2018 | -537.88 |
| | 05/18/2018 | -537.88 |
| | 05/21/2018 | -537.88 |
| | 05/22/2018 | -537.88 |
| | 05/23/2018 | -537.88 |
| | 05/24/2018 | -537.88 |
| | 05/25/2018 | -537.88 |
| | 05/29/2018 | -537.88 |
| | 05/30/2018 | -537.88 |
| | 05/31/2018 | -537.88 |
| | 06/01/2018 | -537.88 |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 73 of 97

# MFL, INC.
## Account QuickReport
### All Transactions

Credibly

| Date | Amount |
|------|--------|
| 06/04/2018 | -537.88 |
| 06/05/2018 | -537.88 |
| 06/06/2018 | -537.88 |
| 06/07/2018 | -537.88 |
| 06/08/2018 | -537.88 |
| 06/11/2018 | -537.88 |
| 06/12/2018 | -537.88 |
| 06/13/2018 | -537.88 |
| 06/14/2018 | -537.88 |
| 06/15/2018 | -537.88 |
| 06/18/2018 | -537.88 |
| 06/19/2018 | -537.88 |
| 06/20/2018 | -537.88 |
| 06/21/2018 | -537.88 |
| 06/22/2018 | -537.88 |
| 06/25/2018 | -537.88 |
| | -32,272.80 |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 74 of 97

# MFL, INC.
# Vendor QuickReport
### April through June 2018

| Date | Split | Amount |
|------|-------|--------|
| **eBay, Inc.** | | |
| 04/08/2018 | 502 · Advertising & Marketing | -480.39 |
| 04/08/2018 | 502 · Advertising & Marketing | -1,389.66 |
| 04/08/2018 | 502 · Advertising & Marketing | -331.44 |
| 04/23/2018 | 502 · Advertising & Marketing | -416.20 |
| 04/23/2018 | 502 · Advertising & Marketing | -1,536.52 |
| 05/08/2018 | 502 · Advertising & Marketing | -447.22 |
| 05/08/2018 | 502 · Advertising & Marketing | -311.90 |
| 05/08/2018 | 502 · Advertising & Marketing | -1,109.93 |
| 05/23/2018 | 502 · Advertising & Marketing | -389.09 |
| 05/23/2018 | 502 · Advertising & Marketing | -1,460.41 |
| 05/24/2018 | 502 · Advertising & Marketing | -2,511.93 |
| 06/08/2018 | 502 · Advertising & Marketing | -336.11 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 75 of 97

# MFL, INC.
# Account QuickReport
### All Transactions

| Date | Amount |
|------|--------|
| **243 · Everest Loan** | |
| 06/01/2018 | -750.00 |
| 06/04/2018 | -750.00 |
| 06/05/2018 | -750.00 |
| 06/06/2018 | -750.00 |
| 06/07/2018 | -750.00 |
| 06/08/2018 | -750.00 |
| 06/11/2018 | -750.00 |
| 06/12/2018 | -750.00 |
| 06/13/2018 | -750.00 |
| 06/14/2018 | -750.00 |
| 06/15/2018 | -750.00 |
| 06/18/2018 | -750.00 |
| 06/19/2018 | -750.00 |
| 06/20/2018 | -750.00 |
| 06/21/2018 | -750.00 |
| 06/22/2018 | -750.00 |
| 06/25/2018 | -750.00 |
| | **-12,750.00** |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 76 of 97

# MFL, INC.
## Vendor QuickReport
### April 10 through June 30, 2018

|  | Date | Amount |
|---|---|---|
| **FedEx** | | |
| | 04/12/2018 | -61.81 |
| | 04/12/2018 | -4,453.65 |
| | 04/12/2018 | -5,514.15 |
| | 04/13/2018 | -1,010.51 |
| | 04/13/2018 | -29.94 |
| | 04/13/2018 | -7,307.51 |
| | 04/13/2018 | -5,091.21 |
| | 04/13/2018 | -40.84 |
| | 04/16/2018 | -6,999.10 |
| | 04/16/2018 | -9,163.04 |
| | 04/16/2018 | -7,671.88 |
| | 04/16/2018 | -7,799.20 |
| | 04/16/2018 | -8,949.44 |
| | 04/20/2018 | -31.26 |
| | 04/20/2018 | -261.68 |
| | 04/20/2018 | -39.08 |
| | 04/27/2018 | -5,050.60 |
| | 04/27/2018 | -109.18 |
| | 05/04/2018 | -7,226.92 |
| | 05/04/2018 | -14.93 |
| | 05/12/2018 | -6,924.37 |
| | 05/18/2018 | -387.59 |
| | 05/19/2018 | -7,277.21 |
| | 05/25/2018 | -6,392.52 |
| | 05/25/2018 | -126.85 |
| | 06/01/2018 | -56.57 |
| | 06/04/2018 | -5,575.95 |
| | 06/09/2018 | -5,512.20 |
| | 06/15/2018 | -6,072.88 |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 77 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Split | Amount |
|------|-------|--------|
| **Forbes Industrial Park, LLC** | | |
| 04/05/2018 | -SPLIT- | -1,700.21 |
| 04/26/2018 | 6290 · Rent/ Warehouse Lease | -13,786.50 |
| 05/03/2018 | -SPLIT- | -1,902.44 |
| 05/31/2018 | 6290 · Rent/ Warehouse Lease | -13,786.50 |
| 06/06/2018 | -SPLIT- | -1,692.03 |
| 06/29/2018 | -SPLIT- | -15,515.22 |

Case 18-21422   Doc# 1   Filed 07/12/18   Page 78 of 97

# MFL, INC.
## Account QuickReport
### All Transactions

Forward Financing

**244 · Forward Financing**

| Date | Amount |
|------|--------|
| 06/01/2018 | 40,000.00 |
| 06/04/2018 | -608.00 |
| 06/05/2018 | -608.00 |
| 06/06/2018 | -608.00 |
| 06/07/2018 | -608.00 |
| 06/08/2018 | -608.00 |
| 06/11/2018 | -608.00 |
| 06/12/2018 | -608.00 |
| 06/13/2018 | -608.00 |
| 06/14/2018 | -608.00 |
| 06/15/2018 | -608.00 |
| 06/18/2018 | -608.00 |
| 06/19/2018 | -608.00 |
| 06/20/2018 | -608.00 |
| 06/21/2018 | -608.00 |
| 06/22/2018 | -608.00 |
| 06/25/2018 | -608.00 |
| | 30,272.00 |

# MFL, INC.
## Account QuickReport
### All Transactions

**245 · Funding Metrics-Lendini**

| Date | Amount |
| --- | --- |
| 06/05/2018 | -599.18 |
| 06/06/2018 | -599.18 |
| 06/07/2018 | -599.18 |
| 06/08/2018 | -599.18 |
| 06/11/2018 | -599.18 |
| 06/12/2018 | -599.18 |
| 06/13/2018 | -599.18 |
| 06/14/2018 | -599.18 |
| 06/15/2018 | -599.18 |
| 06/18/2018 | -599.18 |
| 06/19/2018 | -599.18 |
| 06/20/2018 | -599.18 |
| 06/21/2018 | -599.18 |
| 06/22/2018 | -599.18 |
| | -8,388.52 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 80 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Split | Amount |
| --- | --- | --- |
| **Innocor Foam Technologies, Inc.** | | |
| 04/02/2018 | 400 · Cost of Goods Sold | -9,176.30 |
| 04/10/2018 | 400 · Cost of Goods Sold | -9,113.16 |
| 04/19/2018 | 400 · Cost of Goods Sold | -10,293.27 |
| 05/07/2018 | 400 · Cost of Goods Sold | -10,165.94 |
| 05/21/2018 | 400 · Cost of Goods Sold | -10,343.79 |
| 06/20/2018 | 400 · Cost of Goods Sold | -8,341.34 |
| 06/29/2018 | -SPLIT- | -11,324.33 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 81 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Split | Amount |
|------|-------|--------|
| **International Paper** | | |
| 06/08/2018 | 400 · Cost of Goods Sold | -19,940.90 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 82 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

| Date | Memo | Split | Amount |
|------|------|-------|--------|
| **J.B. King** | | | |
| 06/25/2018 | Retainer for Bankruptcy | 6280 · Legal Fees | -20,000.00 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 83 of 97

Kabbage

| Date | Payment Amount |
|------|----------------|
| 5/25/2018 | $13,356.84 |
| 4/25/2018 | $11,852.34 |

$25,209.18

# MFL, INC.
## Account QuickReport
### All Transactions

| Quarter Spot | Date | Amount |
|---|---|---|
| **237 · QuarterSpot** | | |
| | 04/06/2018 | -3,482.61 |
| | 04/13/2018 | -3,482.61 |
| | 04/20/2018 | -3,482.61 |
| | 04/27/2018 | -3,482.61 |
| | 05/04/2018 | -3,482.61 |
| | 05/11/2018 | -3,482.61 |
| | 05/18/2018 | -3,482.61 |
| | 05/25/2018 | -3,482.61 |
| | 06/01/2018 | -3,482.61 |
| | 06/08/2018 | -3,482.61 |
| | 06/15/2018 | -3,482.61 |
| | 06/22/2018 | -3,482.61 |
| | | -41,791.32 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 85 of 97

# MFL, INC.
## Vendor QuickReport
### April through June 2018

|  | Date | Split | Amount |
|---|---|---|---|
| **UPS** | | | |
| | 04/04/2018 | 410 · Freight | -13,586.49 |
| | 04/11/2018 | 410 · Freight | -14,345.85 |
| | 04/18/2018 | 410 · Freight | -14,582.19 |
| | 04/25/2018 | 410 · Freight | -8,535.70 |
| | 05/02/2018 | 410 · Freight | -7,309.10 |
| | 05/09/2018 | 410 · Freight | -7,211.58 |
| | 05/15/2018 | 410 · Freight | -8,019.12 |
| | 05/23/2018 | 410 · Freight | -6,637.27 |
| | 05/31/2018 | 410 · Freight | -6,481.21 |
| | 06/07/2018 | 410 · Freight | -5,886.94 |
| | 06/13/2018 | 410 · Freight | -6,544.96 |
| | 06/22/2018 | 410 · Freight | -6,349.78 |

Case 18-21422    Doc# 1    Filed 07/12/18    Page 86 of 97

# United States Bankruptcy Court
## DISTRICT OF KANSAS
## TOPEKA DIVISION

In re MFL Inc, _____

        Debtor

Case No. _____

Chapter 11

**SPERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF MFL INC HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

        This is the report as of  on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of MFL Inc holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| None | | |

        This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

        Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

        The undersigned, having reviewed the above listing of entities in which the estate of MFL Inc holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

Date:  July 9, 2018 _____

MFL, INC.

By:  s/ Christopher D Farmer _____
Signature of Authorized Individual
Christopher D Farmer
President

# UNITED STATES BANKRUPTCY COURT
## District of Kansas
## Topeka Division

In re: **MFL Inc**

Case No. _____

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:      $ 5,785,458.09

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:      $ 266,267.00

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 32,000.00 |
| 4. Payroll Taxes | 7,368.10 |
| 5. Unemployment Taxes | 404.86 |
| 6. Worker's Compensation | 2,789.00 |
| 7. Other Taxes | 931.28 |
| 8. Inventory Purchases (Including raw materials) | 106,374.68 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 13,786.50 |
| 11. Utilities | 7,262.00 |
| 12. Office Expenses and Supplies | 4,697.96 |
| 13. Repairs and Maintenance | 715.00 |
| 14. Vehicle Expenses | 400.00 |
| 15. Travel and Entertainment | 50.00 |
| 16. Equipment Rental and Leases | |
| 17. Legal/Accounting/Other Professional Fees | 1,900.00 |
| 18. Insurance | 1,568.07 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 2,873.65 |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | |
| 21. Other (Specify): | |
| **Estimated monthly overtime** | 60.00 |

**See Attachment 2: Additional Expenses**

    22. Total Monthly Expenses (Add items 3 - 21)      $ 245,606.21

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ 20,660.79

ATTACHMENT 1
Debtor:  MFL, Inc.

Expense:        Charitable Contributions
Amount:        $23.00

Expense:        Sales Tax on Untaxed Purchases
Amount:        $220.00

Expense:        Advertising & Marketing
Amount:        $6,678.86

Expense:        Telephone
Amount:        $1,107.42

Expense:        Other Taxes
Amount:        $931.28

Expense:        Freight
Amount:        $53,379.55

Expense:        Equipment Rental
Amount:        $85.00

UNITED STATES BANKRUPTCY COURT
District of Kansas
Topeka Division

In re:

Case No. BKY

MFL Inc,

Debtor(s)

Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Christopher D. Farmer, declare under penalty of perjury that I am the President of MFL
Inc, a Kansas corporation and that on the following resolution was duly adopted by the  of this
corporation:

July ___12___, 2018

\Whereas, it is in the best interest of this corporation to file a voluntary petition in the
United States Bankruptcy Court pursuant to Chapter 11  of Title 11 of the United States Code;

Be It Therefore Resolved, that Christopher D. Farmer, President of this corporation, is
authorized and directed to execute and deliver all documents necessary to perfect the filing of a
chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Christopher D. Farmer, President of this corporation, is
authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and
to otherwise do and perform all acts and deeds and to execute and deliver all necessary
documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Christopher D. Farmer, President of this corporation, is
authorized and directed to employ Justice B King, attorney and the law firm of Fisher, Patterson,
Sayler & Smith, LLP to represent the corporation in such bankruptcy case.\

| Executed on: July12, 2018 | Signed: s/Christopher D. Farmer |
| --- | --- |
| | Christopher D. Farmer 7215 SW Topeka Blvd Bldg 5A, Topeka, KS 66619 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
### District of Kansas
### Topeka Division

In re **MFL Inc**

Case No.

Debtor.

Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **MFL Inc**_____ (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__**X**__ There are no entities to report.

By:**s/Justice B King**_____
    **Justice B King**
    Signature of Attorney

    Counsel for**MFL, Inc.**
    Bar no.: **09009**
    Address:**3550 SW 5th Street**
           **Topeka, Kansas 66606**

    Telephone No.:**(785) 232-7761**
    Fax No.:**(785) 232-6604**
    E-mail address:**jking@fisherpatterson.co**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re:

       MFL Inc,

                Debtor

                                    Case No.

## LIST OF EQUITY SECURITY HOLDERS

       Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Christopher D Farmer<br><br>3810 SW Marion Lane<br>Topeka, KS 66610 | Stock | 20,000 | 100% of all Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, _Christopher D Farmer, President_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date:   _July 12, 2018_              Signature:   _s/Christopher D. Farmer_

                                           Printed Name:   Christopher D Farmer

                                                Title:   President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

Ace Funding Source LLC
640 S San Vicente Blvd
Los Angeles,CA 90048


Amazon Capital Services Inc
P O Box 84837
Seattle,WA 98124


American Express Plum Card
P O Box 650448
Dallas, TX 75265-0448


Amy Huffman
601 W 2nd Street
Scranton,KS 66537


Best Buy
P O Box 790441
St Louis,MO 63179


Carpenter Co
ATTN  Mark Willard
5016 Monument Ave
Richmond,VA 23230


Carpenter Co
ATTN Mark Willard
5016 Monument Ave
Richmond,VA 23230


Celtic Bank
268 S State St Ste 300
Salt Lake City,UT 30357

CFG Merchant Solutions LLC
80 Maiden Lane 15th Flr
New York,NY 10038


Chase Amazon
P O Box 15123
Wilmington,DE 19850


Chase Ink
P O Box 15123
Wilmington,DE 19850


Chase Slate
P O Box 15123
Wilmington,DE 19850


Citi Cards
P O Box 6500
Falls, SD 57117


Corporation Service Company
P O Box 2576
Springfield,IL 62708


Cox Communications Kansas LLC
401 N 117th Street
Omaha,NE 68154


CT Corporation System
330 N Brand Blvd Ste 700
Glenlade,CA 91203


David Melcher Jr
3827 SE Bryant
Topeka,KS 66609

Department of Revenue
915 Harrison
 Topeka KS  66625-5000


Discover Card
P O Box 30421
Salt Lake City UT  84130


Discover More Card
P O Box 6103
Carol Stream,IL 60197


EBF Partners LLC dba Everest Business Fu
5 West 37th Street 2nd Flr
New York,NY 10018


Forbes Industrial Park LLC
ATTN John DeHardt Kessinger Hunter
2600 Grand Ave 7th Flr
Kansas City,MO 64108


Forward Funding LLC dba Forward Financin
100 Summer St Ste 1175
Boston,MA 02110


Funding Metrics LLC dba Lendini
884 Town Center Drive
Langhorne PA 19047


Green Capital Funding LLC
30 Broad Street 14th Flr
Ste 1462
New York,NY 10004


QuarterSpot Inc
2751 Prosperity Ave Ste 330
Fairfax,VA 22031

Retail Capital LLC dba Credibly
4026 N Miller Road
Ste B200
Scottsdale,AZ 85251


Sams Club MasterCard
P O Box 960013
Orlando,FL 32896


Waste Management of Kansas Inc
700 E Butterfield Road 4th Flr
Lombard,IL 60148


WebBank dba CAN Capital
2015 Vaughn Road Bldg 500
Kennesaw,GA 30144

Ariel Bousaila
Steven Berkovich
40 Exchange Place Ste 1306
New York NY 10005


Commercial Asset Recovery LLC
1330 Avenue of the Americas Ste 23A
New York NY  10019

**UNITED STATES BANKRUPTCY COURT**
**District of Kansas**
**Topeka Division**

In re:

**MFL Inc** _____

Debtors

Case No. _____

Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

MFL, Inc.

Dated: ___07/12/2018_____

Signed: __s/ Christopher D Farmer_____
Christopher D Farmer, President

Dated: _____

Signed: _____

**Justice B King**
**Attorney for Debtor(s)**
**Bar no.: 09009**
**3550 SW 5th Street**
**Topeka, Kansas 66606**
**Telephone No: (785) 232-7761**
**Fax No: (785) 232-6604**

**E-mail address:**
**jking@fisherpatterson.com**