IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

MFL, INC                                      Case No. 18-21422

    Debtor.

## MOTION FOR USE OF CASH COLLATERAL
## AND AUTHORIZATION OF POST-PETITION LIENS

COMES NOW the Debtor MFL, Inc. ("Debtor") and moves this Court pursuant to 11 U.S.C. § 363(c)(2) to enter an order permitting the use of cash collateral as defined in 11 U.S.C. § 363(a) in which the creditors identified in Exhibit B hereto claim, or may claim, an interest (hereinafter "Cash Collateral Creditors") and the estate has an interest. The Debtor alleges as follows:

    1.    The Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on July 12, 2018.

    2.    This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001(b).

    3.    The bankruptcy estate has an interest in Debtor's property which is described in the excerpts from Security Agreements attached hereto as Exhibit A (hereinafter "Cash Collateral") which may be subject to security interests of Cash Collateral Creditors in the approximate amounts reflected on Exhibit B attached hereto. Full copies of the Security Agreements referenced in Exhibit A will be provided to any party in interest upon request in writing to Debtor's counsel.

4.     Review of Security Agreements, financing statements, and sale of accounts receivable documents, relating to the Cash Collateral Creditors reflects that Amazon Capital Services, Inc. ("Amazon") has a first lien on all of Debtor's Cash Collateral which exceeds the value of such Collateral. Specifically, the amount owed by the Debtor to Amazon is $176,334.12 and the value of Debtor's pre-petition cash collateral is $77,776.63. To the extent that any of the other Cash Collateral Creditors have a provable perfected interest in cash collateral at all such interest is subordinate to the first lien of Amazon on Debtor's Cash Collateral. Furthermore, the only Cash Collateral Creditor other than Amazon that has filed an identifiable financing statement is Funding Metrics d/b/a Lendini which filed a financing statement on 6/22/2018 but appears to have filed such statement for an antecedent debt within ninety days of the filing of bankruptcy, and consequently may be avoidable as a preference. None of the Cash Collateral Creditors other than Amazon and Funding Metrics have filed financing statements in their own name but may have filed financing statements through Corporation Services Company as their representative as Corporation Services Company did file financing statements as representative on 11/13/2017, 2/23/2018, 3/22/2018, and 6/22/2018.

5.     Debtor proposes to use the cash collateral for the payment of necessary expenses incurred in the ordinary course of Debtor's business, as set forth in Debtor's budget, attached hereto as Exhibit C and not otherwise (the "Budget").

6.     Debtor is informed and believes that there is no alternative for payment of Debtor's necessary expenses other than the use of the Cash Collateral and that such use is necessary to avoid irreparable harm to Debtor's rehabilitation under the Bankruptcy Code. Specifically, the use of such Cash Collateral is necessary to the Debtor's continuation of its

business operation by payment of wages, and other expenses necessary for their business, and is further necessary to the payment of Debtor's continuing expenses in this bankruptcy case.

7.      The entry of an Order on an expedited basis permitting the Debtor to use Cash Collateral is necessary in order to permit the Debtor to timely fulfill its clients' requests for goods and services.

8.      In consideration for the Debtor's use of Cash Collateral, and as partial adequate protection of Cash Collateral Creditors' security interests, Debtor proposes to grant Cash Collateral Creditor Amazon a validly perfected first lien and security interest in all of Debtor's now existing and hereafter acquired property which is encompassed by the description of Collateral contained in the excerpt of the Amazon Capital Services, Inc. Security Agreement set forth in Exhibit A attached hereto.

Further, to the extent that the Court determines that other Cash Collateral Creditors do in fact have an interest in cash collateral, such other Cash Collateral Creditors shall also be granted post-petition liens in cash collateral described in their respective security agreements in the amount of the pre-petition liens with the priority of such post-petition liens being the same as the priority of their pre-petition liens as determined by the Court.

Said liens to Amazon, and to other Cash Collateral Creditors as may be determined by the Court, are to be provided as replacement liens to the extent Cash Collateral is used by the Debtor, and as adequate protection of the Cash Collateral Creditors' interests in Debtor's property. Such post-petition security interest(s) shall be deemed effective and automatically perfected as of the Petition Date without the necessity of Cash Collateral Creditors taking any further action. Cash Collateral Creditors may, however, at its option, file continuation statements, financing statements or such documents as are necessary to affect their continuing

validly perfected security interest in the Collateral. Upon request by Amazon or any other Cash Collateral Creditor determined to have a perfected interest in cash collateral, Debtor shall execute and deliver any and all such documents, or financing statements, as are necessary to effect and perfect such Cash Collateral Creditor's security interest as set forth in this paragraph.

9. Debtor further proposes as additional adequate protection for Cash Collateral Creditors that the authorization for use of Cash Collateral be conditioned as follows:

a. Such authorization shall continue initially for a period beginning on the date of a preliminary expedited hearing on this motion and continuing to the date of the final hearing on this motion, if any, on any objection timely filed to the Order, and that if no objection is timely filed to the Order, or such objections as are filed are overruled, then the terms and conditions of the Order shall continue in full force and effect without further order and be binding on all parties in interest.

b. Debtor shall make payments to Cash Collateral Creditor Amazon at $12,000 per month beginning September 1, 2018, until further order of the Court, which may be sought by Debtor or any other party in interest.

c. The Debtor shall establish a Debtor-in-Possession interest bearing account into which all Cash Collateral will be deposited during the pendency of this case.

d. Cash Collateral Creditor Amazon shall, on a monthly basis, be permitted to conduct a full inventory of all collateral including inventory, equipment, and accounts of the Debtor by visiting the Debtor's premises during ordinary business hours.

e. All Collateral shall be insured to its full value. Evidence of insurance listing Cash Collateral Creditor Amazon as a first priority insured loss payee shall be immediately provided.

WHEREFORE, Debtor respectfully requests that pursuant to U.S.C. § 363(c)(2) the Court enter the Order for Use of Cash Collateral and Providing Post-Petition Liens in the form submitted with the present Motion and that to avoid immediate and irreparable harm to the estate pending a final hearing the Court determine that the Order should be immediately effective to authorize the use of Cash Collateral for the purpose of enabling the Debtor to pay reasonable and necessary expenses of the Debtor between the date of the Order requested by this Motion, and the date of the hearing, if any, on any objections timely filed to the Order, and that if no objection is timely filed to the Order, or such objections as are filed are overruled, then the terms and conditions of the Order shall continue in full force and effect without further order and be binding on all parties in interest.

Respectfully submitted,

FISHER PATTERSON SAYLER & SMITH LLP
3550 SW 5th Street
Topeka, Kansas  66606      (785) 232-7761

/s/ Justice B. King
Justice B. King            #09009 KS
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served the parties listed on the attached matrix by US mail, postage prepaid.

/s/ Justice B. King
Justice B. King            #09009 KS